# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| CRISTA HOGAN-SHULER, <br> TARA LEE KING, <br> SONDRA K STARBUCK, Individually <br> and on behalf of a Class of Persons Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> LESTER E. COX MEDICAL CENTERS <br> d/b/a OZARK PROFESSIONAL COLLECTIONS <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 03-3296-CV-S-DW |

## ORDER

Before the Court is Plaintiffs' Motion to Dismiss with Prejudice (Doc. 47). The parties to this action have reached a settlement. Pursuant to Federal Rule of Civil Procedure 41(a), the Court DISMISSES the above-styled action *with prejudice*. The Clerk of the Court is directed to mark this action as closed.

Date: March 26, 2007  /s/ DEAN WHIPPLE
Dean Whipple
United States District Court